GIFF *v.* HOWRY.

MORTGAGES—FORECLOSURE—BILL OF REVIEW.
Case ruled by *Noeker* v. *Howry, ante,* 626.

Appeal from Wayne; Grove, J., presiding.    Submitted January 26, 1899.    Decided April 4, 1899.

Bill by Richard Giff against H. Kirke Howry and others to foreclose a mortgage.    Thomas A. E. Weadock, receiver of the First National Bank of East Saginaw, petitioned for a review of the decree of foreclosure, and from a denial of the petition he appeals.    Reversed.

*T. A. E. & J. C. Weadock,* for petitioner.

*Walker & Spalding,* for defendants.

PER CURIAM.    This case is ruled by that of *Noeker* v. *Howry, ante,* 626.